FILED: June 7, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-4717
_____

UNITED STATES OF AMERICA,

       Plaintiff – Appellee,

v.

TROY MCFARLAND, a/k/a Troy Goodlife, a/k/a Nathaniel Hom,

       Defendant – Appellant.

_____

O R D E R
_____

The court amends its opinion filed June 7, 2023, as follows:

On the cover page and page 5, the disposition is corrected to read, "Dismissed in part, affirmed in part, vacated in part, and remanded."

For the Court – By Direction

/s/ Patricia S. Connor, Clerk